Mumford v. Avery.

### MUMFORD v. AVERY.

Action of account will lie in every case where a person has received
money to the use of another, especially if it be of a third per-
son to be delivered over.

THIS was an action of account, for £200, lawful money,
in specie, and £200, sterling money, in bills of exchange;
which (it was said) the defendant received of the plaintiff
at New York, by the hand of Jacob Goodwin, to bring to
the plaintiff at Norwich, and render his account.

After a verdict for the plaintiff, Mr. Halsey moved in arrest of judgment, for the insufficiency of the declaration.

The exception taken was, that account would not lie for a sum certain — for a sum of money received only for the purpose of conveyance, as in the present case; but that assumpsit is the proper action.    But,

By the whole COURT.    The action of account will lie in every case where a person has received money to the use of another, especially if it be received of a third person to be delivered over:    And although assumpsit may be brought, action of account is the most favorable for the defendant.